[No. 64514-5-I. Division One. January 31, 2011.]

*In the Matter of the Marriage of* SEKIKO SAKAI GARRISON, *Respondent,* and PETER FRANCIS GARRISON, *Appellant.*

 *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Cox, JJ.

[No. 64537-4-I. Division One. January 31, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ANTHONY JOHNSON, *Appellant.*

 *Affirmed* by unpublished opinion per Dwyer, C.J., concurred in by Becker and Leach, JJ.

[No. 64628-1-I. Division One. January 31, 2011.]

PROFESSIONAL NETWORK, INC., *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

 *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Spearman, JJ.

[No. 64729-6-I. Division One. January 31, 2011.]

THE STATE OF WASHINGTON, *Respondent,* v. GABRIEL STANLEY, *Appellant.*

 *Affirmed* by unpublished opinion per Schindler, J., concurred in by Grosse and Ellington, JJ.